MR. JUSTICE FRANKFURTER referring to the positions they took when these cases were here last November, adhere to them. 344 U. S. 889. MR. JUSTICE DOUGLAS is of the opinion the petition for certiorari should be granted. *Emanuel H. Bloch* and *John F. Finerty* for petitioners. *Acting Solicitor General Stern, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 699. FORGIONE ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. *Paul M. Goldstein* and *Herman Moskowitz* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Burger, John R. Benney* and *Samuel D. Slade* for the United States and the United States Maritime Commission, respondents.

No. 721. SCHOLLA *v.* SCHOLLA ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Elizabeth R. Young* for petitioner.

No. 464, Misc. SCHOLLA *v.* SCHOLLA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frederick A. Ballard* for petitioner. *Elizabeth R. Young* for respondent.

No. 450, Misc. SMITH *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 466, Misc. SNELL *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 467, Misc. PENNSYLVANIA EX REL. BAERCHUS *v.* BURKE, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.